**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

WILLIAM ROBERT DIXON,

                Petitioner,     :     Case No. 3:13-cv-103

   - vs -                          :     District Judge Thomas M. Rose
                                                   Magistrate Judge Michael R. Merz

ROBERT LeGRANDE, et al.,     :

               Respondents.    :

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

---

       The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #7), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

       It is hereby ORDERED that the Petition is DISMISSED without prejudice for lack of circuit court permission to proceed.  This case is TERMINATED on the docket of this Court.


May 13, 2013.                                       s/Thomas M. Rose
                                                         Thomas M. Rose, Judge
                                                         United States District Court